ALBITE, PLAINTIFF AND APPELLANT, *v.* LECUMBERRI, DEFENDANT
AND RESPONDENT.

APPEAL from the District Court of San Juan, Section 1, in
an Action for Damages.

No. 1238.—Decided July 20, 1915.

APPEAL—QUESTION OF FACT—STATEMENT OF CASE—BILL OF EXCEPTIONS.—When
the judgment rendered by the lower court is based on questions of fact and
such facts are not certified to in a statement of the case or bill of exceptions,
the judgment appealed from will be affirmed.

DAMAGES—RES JUDICATA.—When the question of damages has been discussed
and decided in a former suit, the judgment there rendered is *res judicata.*

OPINION—STATEMENT OF CASE—BILL OF EXCEPTIONS.—Although the opinion is
useful as showing the grounds for the judgment, it cannot serve as a substi-
tute for a bill of exceptions or statement of the case.

The facts are stated in the opinion.

*Mr. Rafael López Landrón* for the appellant.

*Mr. Damián Monserrat, Jr.,* for the respondent.

MR. JUSTICE WOLF delivered the opinion of the court.

The court below in this case found against the complain-
ant on questions of fact. None of the facts are certified to
us by a statement of the case or bill of exceptions and hence
the real decision must be an affirmance for lack of the evi-
dence in the record on which the judgment of the court below
was founded.

It appears from the pleadings that on March 5, 1914, the
court below in another suit rendered a judgment rescinding
a contract and awarding the complainant in that suit the sum
of $2.25 as the only damages satisfactorily proved. The
complaint in this case was to recover other damages or profits
or fruits following the rescission of said contract. The court
below in its opinion not only found against the damages, fruits
or profits but also that the whole matter was *res judicata.*
Even if we could consider the opinion of the court below to
reverse on the question of *res judicata,* we still would have
to affirm on the question of proof of damages. We are in-
clined, moreover, to agree with the court below that issue

being joined in the previous suit on the question of damages, the judgment in the first case was *res judicata*.

However that may be, this court can only review facts that are certified to us by a statement of the case or bill of exceptions. The opinion is useful for determining the grounds of the court below, but it may not be used as a substitute for the certificate of the facts as required by law. See the reasoned decision of this court in the case of *Calzada v. Pagán*, March 23, 1915.

The judgment must be

*Affirmed.*

Chief Justice Hernández and Justices del Toro and Aldrey concurred.

Mr. Justice Hutchison concurred in the judgment.